|  |  |
|---|---|
| **CONTROL TFS WEST, INC.,**<br><br>Plaintiff(s),<br><br>-vs-<br><br>**SOUTHEAST SERVICE CORP.,**<br><br>Defendant(s) | **UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY**<br><br>Assigned to Hon. Kevin McNulty<br>Referred to Hon. Madeline C. Arleo<br>Civil Action No. 12-5321 (KM)<br><br>**CONSENT ORDER AMENDING THE<br>PRETRIAL SCHEDULING ORDER** |

  **WHEREAS**, the Pretrial Scheduling Order [Doc. 17] (the "Pretrial Scheduling Order") was entered by the Court on March 5, 2013 in this matter pursuant to Rule 16 of the Federal Rules of Civil Procedure; and

  **WHEREAS**, counsel for Plaintiff and counsel for Defendant have conferred with respect to discovery and scheduling issues in this matter and have jointly requested that the Court enter this Order amending the Pretrial Scheduling Order and for good cause shown:

  IT IS on this ___ day of October, 2013,

  **ORDERED THAT:**

  1. The Pretrial Scheduling Order is amended to the extent that paragraph 1. thereof is of no further force and effect, and is replaced by the following: Fact discovery is to remain open through **January 1, 2014** and no discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

  2. The Pretrial Scheduling Order is amended to the extent that paragraph 7. thereof is of no further force and effect, and is replaced by the following: All affirmative expert reports shall be delivered by **February 3, 2014**, with depositions of those experts to be taken and completed **within twenty (20) days of receipt of report**. See Fed. R. Civ. P. 26(b) (4) (A). Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

3. The Pretrial Scheduling Order is amended to the extent that paragraph 8. thereof is of no further force and effect, and is replaced by the following: All responding expert reports shall be delivered by **March 3, 2014,** with depositions of those experts to be taken and completed **within twenty (20) days of receipt of report.** Any such report shall be in the form and content as described above.

4. All provisions of the Pretrial Scheduling Order not amended or affected by way of this Order shall remain in full force and effect.

**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk of the Court
cc:         All Parties
            Deputy Clerk
            File

\* A tel conference is scheduled for Nov 4 at 4pm. Pls counsel shall initiate.